UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.:  21-cr-03346-JLS |
|---|---|
| Plaintiff, | |
| v. | |
| MIGUEL ANGEL CASTELLANOS-MARTINEZ, | ORDER GRANTING JOINT MOTION TO CONTINUE COMPETENCY HEARING |
| Defendant. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the competency hearing currently set for May 13, 2022, at 2:00 p.m. be continued to June 24, 2022 at 2:00 p.m. It is further ordered that, for the reasons stated in the parties' motion, time is excluded under the Speedy Trial Act.

IT IS SO ORDERED.

Dated:  April 28, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge