UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.: 21-cr-3346-JLS |
|---|---|
| Plaintiff, | |
| v. | |
| MIGUEL CASTELLANOS, | ORDER GRANTING JOINT MOTION TO VACATE COMPETENCY HEARING AND CONVERT TO STATUS HEARING |
| Defendant. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the competency hearing currently set for October 7, 2022, be vacated and a Status Hearing be scheduled for October 7, 2022 at 2:00 p.m. instead. Based upon the representations set forth in the joint motion, the Court finds Defendant competent to proceed with the anticipated change of plea hearing.

It is further ordered that, for the reasons stated in the parties' motion, time is excluded under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: September 9, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge